UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE No. 8:12-CR-288-T-17MAP

ALEX CARRAHER

---

ORDER OF DETENTION

THIS CAUSE came on to be heard upon the defendant's arrival in this district. For the following reasons, the defendant should be detained without bail.

The defendant has been indicted in this case and charged with conspiring to possess and distribute oxycodone. Since the penalty for this offense exceeds ten years, there is a rebuttable presumption that no condition of release, or combination of conditions of release, will reasonably assure the appearance of the defendant, or the safety of the community, if the court finds that there is probable cause to believe that the offense has been committed. 18 U.S.C. 3142(e). By virtue of the indictment returned against the

defendant, probable cause has been established to believe that the defendant committed the offense alleged in the indictment. Accordingly, there is a rebuttable presumption that no condition of release will reasonably assure the appearance of the defendant, or the safety of the community.

The Government requested that the defendant be detained. The defendant did not challenge the request for detention at this time, but requested, and was granted, the right to seek to rebut the presumption upon the filing of an appropriate motion.

It is, therefore, upon consideration

ORDERED:

1. That the defendant **ALEX CARRAHER** shall be **DETAINED** without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 6th day of December, 2012.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE