**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

## *CLERK'S MINUTES - GENERAL*

---

CASE NO. 8:12-CR-288-T-17TGW          DATE   August 7, 2013

HONORABLE ELIZABETH A. KOVACHEVICH

| | |
|---|---|
| UNITED STATES OF AMERICA | Maria Chapa Lopez |
| v. | Government Counsel |
| | |
| ALEX CARRAHER | Stephen Leal for Mark O'Brien |
| AMANDA RIZZO | Jeffrey Brown for Charles Britt, III |
| DAVID ZIEGEL | Jeffrey Brown |
| KELLY JO TEFFNER | Kevin Beck |
| RYAN LUTZ (Excused) | Stephen Leal |
| Defendant | Defense Counsel |

COURT RPTR/TAPE   Koretta Stanford          DEPUTY CLERK Cindy Leigh-Martin

TIME 10:50-10:52   TOTAL   /02   Courtroom   14A

PROCEEDINGS:  Criminal Status Conference Proceeding.  Trial Estimate:   Government:  2-3 days.

Other:  All defendants have previously waived speedy trial through December 31, 2013.  Additional status conference set for September 23, 2013 at 10:30 AM.   Court in recess.

**GENERAL CLERK'S MINUTES**
Page 1 of 1
